FILED
08 MAY -6 AM 11:19
BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 1436 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINICK SMITH (1),<br>ROBERT BARRAZA (2),<br>CUAUHTLAHTOUAC HERNANDEZ (3),<br>ISAAC ESPINOZA (4),<br><br>Defendants. | Criminal Case No. ___________<br><br><u>I N D I C T M E N T</u><br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

<u>Count 1</u>

On or about April 6, 2008, within the Southern District of California, defendants DOMINICK SMITH, ROBERT BARRAZA, CUAUHTLAHTOUAC HERNANDEZ, and ISAAC ESPINOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Clemente Morales-Chaparro, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

CJB:nlv(1):San Diego
5/6/08

CR

Count 2

On or about April 6, 2008, within the Southern District of California, defendants DOMINICK SMITH, ROBERT BARRAZA, CUAUHTLAHTOUAC HERNANDEZ, and ISAAC ESPINOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Aguilar-Perez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about April 6, 2008, within the Southern District of California, defendants DOMINICK SMITH, ROBERT BARRAZA, CUAUHTLAHTOUAC HERNANDEZ, and ISAAC ESPINOZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rogelio Oplea-Mendoza, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 6, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CARLA J. BRESSLER
Assistant U.S. Attorney