**STEPHEN D. DEMIK**
California State Bar No. 221167
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467

Attorneys for Mr. Barraza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ROBERT BARRAZA,**<br>Defendant. | ) | Criminal No. **08CR1436-LAB**<br><br>Date: June 16, 2008<br>Time: 2:00 p.m.<br><br>JOINDER IN CO-COUNSEL MOTION FOR DISCOVERY |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
STEVEN D. DeSALVO, ASSISTANT UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on June 16, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Robert Barraza, by and through his counsel, Stephen D. Demik and Federal Defenders of San Diego, Inc., will move this Court to join with defendant Dominick Smith's Motion for Discovery filed by his attorney Frank M. Murphy on May 24, 2008.

Respectfully submitted,

*/s/ Stephen D. Demik*

Dated: May 27, 2008

**STEPHEN D. DEMIK**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Barraza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT BARRAZA,<br>Defendant. | Case No. 08cr1436-LAB<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Steven D. DeSalvo**
Steven.DeSalvo@usdoj.gov,efile.dkt.gc1@usdoj.gov,

Dated: May 27, 2008

*/s/ Stephen D. Demik*

STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel) (619) 687-2666 (fax)
E-mail: Stephen_Demik@fd.org