MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

U.S.A. VS SMITH, ET AL.

Type of Hearing: MOTION EVIDENTIARY HEARING

Case Number: 08CR1436-LAB

| NO. | MARKED | REC'VD | | WITNESSES Pltf | Def | Name: |
|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | | | |
| | 6/16/08 | | | X | | Jeffrey Dinise |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **DEFENDANT** | | | | | | |
| A | 6/16/08 | 6/16/08 | Yellow paper w/drawing of compass and lists exits off of I-8 | | | |
| B | 6/16/08 | 6/16/08 | vehicle registration for ford escort | | | |
| C | 6/16/08 | 6/16/08 | photo of defendant Dominick Smith | | | |
| D | 6/16/08 | 6/16/08 | photo of defendant Robert Barraza | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |